FILED:  July 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1716 (L)
(1:14-cv-01058-JCC-JFA)

_____

XL SPECIALTY INSURANCE COMPANY; XL REINSURANCE AMERICA,
INC.; GREENWICH INSURANCE COMPANY

       Plaintiffs - Appellants

v.

DR. ROBERT W. TRULAND; MARY W. TRULAND; A&E TECHNOLOGIES,
LLC

       Defendants - Appellees

_____

No. 15-1718
(1:14-cv-01058-JCC-JFA)

_____

XL SPECIALTY INSURANCE COMPANY; XL REINSURANCE AMERICA,
INC.; GREENWICH INSURANCE COMPANY

       Plaintiffs - Appellees

v.

DR. ROBERT W. TRULAND; MARY W. TRULAND

      Defendants - Appellants

and

A&E TECHNOLOGIES, LLC

      Defendant

_____

O R D E R

_____

Upon consideration of the joint motion to stay/enter abeyance of appellate proceedings, which the court construes as a motion to suspend proceedings on appeal until March 1, 2016, the court grants the motion.

The parties shall immediately notify the court in writing if events should occur which require an earlier resumption of appellate proceedings or dismissal of the appeal.

      For the Court

      /s/ Patricia S. Connor, Clerk